IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERIBERTO TORRES,  :  | |
|     Plaintiff,  : | |
| : | CIVIL ACTION |
| v.  : | NO. 10-4627 |
| : | |
| WAL-MART STORES, INC., *et al.*,  : | |
|     Defendants.  : | |
| : | |

## ORDER

**AND NOW**, this 13th day of September 2012, upon consideration of the Motion for Summary Judgment filed by Rehrig Pacific Company and Rehrig Penn Logistics, Inc. ("Moving Defendants") [Doc. No. 24], Plaintiff's Response [Doc. No. 25], and Moving Defendants' Reply [Doc. No. 26], and for the reasons set forth in the attached Memorandum Opinion, Moving Defendants' Motion is **GRANTED**, and Plaintiff's Claims against Moving Defendants' are **DISMISSED** with prejudice.

The Clerk of Court is **DIRECTED** to terminate the case as to Moving Defendants **ONLY**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**